**Order entered September 19, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00563-CV

## IN THE INTEREST OF O.A.L. AND R.L., MINOR CHILDREN

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-21-11690**

### ORDER
Before Justices Partida-Kipness, Pedersen, III, and Nowell

On the Court's own motion, we **WITHDRAW** our opinion of July 22, 2022,

and **VACATE** the judgment dated July 22, 2022. The Court will set a briefing

schedule in due course.

/s/    ERIN A. NOWELL
       JUSTICE